UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH JANE MORROW<br><br>Plaintiff,<br><br>v.<br><br>ERA HOME LOANS, et al.<br><br>Defendants. | District Court No. 1:18-CV-01724-NONE<br><br>(Bankruptcy Court No. 08-13656)<br><br><u>ORDER DIRECTING CLERK OF COURT TO CLOSE APPEAL</u> |

It has come to the court's attention that this bankruptcy appeal, noticed December 21, 2018, remains open despite not having been perfected. Specifically, on February 28, 2019, the Clerk of Court issued a notice indicating that the record was incomplete and that necessary fees had not been paid. (Doc. No. 3.) Plaintiff/Appellant has taken no action since the issuance of that notice to correct the noted deficiencies.

Ninth Circuit Bankruptcy Appellate Panel Rule 8018(a)-2 provides that "[w]hen an appellant fails to file an opening brief timely, or otherwise fails to comply with rules or orders regarding processing the appeal, the [Bankruptcy Appellate Panel or district court[1]] Clerk, after notice, may enter an order dismissing the appeal. The order dismissing the appeal is subject to reconsideration by the [district court] if a written request for judicial review is received within

---

[1] Federal Rule of Bankruptcy Procedure 8003(a)(2) empowers the district court clerk to stand in the shoes of the BAP Clerk for purposes of dismissing an appeal.

1

fourteen (14) days of the entry of the order."[2]

Notice of the deficiencies has been given by way of the Clerk's notice of February 28, 2019.  Accordingly, pursuant to Ninth Circuit Bankruptcy Appellate Panel Rule 8018(a)-2, the Clerk of Court is directed to dismiss this appeal without prejudice and to close this case, subject to reconsideration if a written request for judicial review is received within fourteen (14) days of the entry of the order.

IT IS SO ORDERED.

Dated:   **March 19, 2021**         /s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE

---

[2] This rule controls appeals from a bankruptcy court to a district court.  *See* Fed. R. Bankr. P. 8001(a).